ORDERED.

Dated: May 02, 2019

_____
Roberta A. Colton
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

RICHARD J. DANNENMILLER
AKA RICK J. DANNENMILLER
AKA RICK DANNENMILLER,

Case No. 8:18-bk-06229-RCT

Chapter 7

Debtor.
_____/

**AGREED ORDER CONFIRMING NO STAY IS IN EFFECT
AS TO JPMORGAN CHASE BANK, N.A.**
**[Re: 2016 Land Rover Range Rover]**

**THIS CAUSE** came before the Court upon the *Motion for the Entry of an Order Confirming No Stay Is In Effect* [D.E. #49], filed by JPMorgan Chase Bank, N.A. ("Secured Creditor") pursuant to negative notice provisions of Local Rule 2002-4. Having considered the Motion and the absence of any record objection to the relief requested, the Court deems the Motion to be uncontested. By submitting this Order for entry, Secured Creditor represents that the Chapter 7 Trustee* has agreed to its entry. The Court makes no determination that Debtor defaulted on the underlying obligation or as to Secured Creditor's standing. Accordingly, it is

**ORDERED**:

---

*This case was converted to a case under Chapter 7 of the Bankruptcy Code by Order entered April 17, 2019 (Doc. 51).

1. The Motion is granted.

2. The stay imposed pursuant to 11 U.S.C. Section 362 is modified so as to allow Secured Creditor to complete its repossession of the 2016 Land Rover Range Rover, VIN SALCP2BG6GH551567 (the "Vehicle") by selling the Vehicle and applying the proceeds of the sale of the Vehicle to the amount owed to JPMorgan Chase Bank, N.A. or to proceed in a Court of competent jurisdiction for the sole purpose of seeking *in rem* remedies.

3. Secured Creditor shall neither seek nor obtain any *in personam* judgment against Debtor.

4. Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is not applicable and Secured Creditor may immediately enforce and implement this order granting relief from stay.

###

**Order submitted by:**
*Wanda D. Murray*
Attorney for Secured Creditor
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385

Attorney Wanda D. Murray is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order

**DEBTOR ATTORNEY**
**(via electronic notice)**

Marshall G. Reissman
The Reissman Law Group
5150 Central Ave
St. Petersburg, FL 33707
marshall@reissmanlaw.com

**DEBTOR**

Richard J. Dannenmiller
325 33rd Ave NE
Saint Petersburg, FL 33704

**CHAPTER 7 TRUSTEE
(via electronic notice)**

Christine L. Herendeen
P.O. Box 152348
Tampa, FL 33684
clherendeen@herendeenlaw.com

**UNITED STATES TRUSTEE
(via electronic notice)**

Department of Justice
Middle District of Florida - Tampa
Division United States Trustee - TPA7/13,
7 Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
USTPRegion21.TP.ECF@USDOJ.GOV